UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                    Plaintiff,                    Case No. 20-cr-252(5) (WMW/HB)

      v.                                  **DETENTION ORDER**

RAMON DIEGO PACHECO,

                    Defendant.

This matter was before the Court on March 1, 2021, for an initial appearance and arraignment. Defendant Ramon Diego Pacheco was present along with his counsel, Manny Atwal. The United States was represented by Emily Polachek, Assistant United States Attorney. Mr. Pacheco waived his right to have a detention hearing on the record but reserved the right to reopen the issue of detention at a later date.

**FINDINGS OF FACT**

1.     Mr. Pacheco is charged by Indictment with Conspiracy to Distribute Methamphetamine, in violation of Title 18, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

2.     The United States moved for detention.

3.     Mr. Pacheco knowingly and voluntarily waived his right to a detention hearing and agreed to federal pretrial detention at this time. Mr. Pacheco did, however, reserve his right to move to reopen the issue of detention before this Court if future circumstances should change, including a change in his state custody status.

1

## CONCLUSIONS OF LAW

In light of Mr. Pacheco's waiver of his right to a detention hearing on the United States' motion for detention, the Court finds that there is clear and convincing evidence that Mr. Pacheco presents a risk of danger to the community and a preponderance of the evidence that he presents a risk of non-appearance such that no condition or combination of conditions of release will reasonably assure the safety of the community or Mr. Pacheco's appearance.

Accordingly, the Court grants the United States' motion for detention.

**IT IS HEREBY ORDERED** that:

1.      The motion of the United States for detention without bond of Mr. Pacheco is **GRANTED**;

2.      Mr. Pacheco is committed to the custody of the United States Marshals for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3.      Mr. Pacheco shall be afforded reasonable opportunity to consult privately with his lawyer;

4.      Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which Mr. Pacheco is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding; and

5.      Mr. Pacheco shall appear for all future court hearings.


Dated:    March 2, 2021                          *s/Hildy Bowbeer*
                                                 THE HONORABLE HILDY BOWBEER
                                                 United States Magistrate Judge

3